# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Heather Halldin                 CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-10176 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2 and index same on the master mailing list.

                                   Respectfully submitted,

                    /s/ *Rebecca Solarz*
                              Rebecca Solarz
                              01 Apr 2021, 14:45:06, EDT

                           KML Law Group, P.C.
                           701 Market Street, Suite 5000
                           Philadelphia, PA 19106-1532
                           (215) 627-1322