# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Heather Halldin <br>                 Debtor(s) <br><br> Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2, its successors and/or assigns <br>                 Movant <br>       vs. <br><br> Heather Halldin <br>                 Debtor(s) <br><br> William C. Miller Esq. <br>                 Trustee | CHAPTER 13 <br><br><br><br> NO. 21-10176 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2, which was filed with the Court on or about **April 19, 2021, docket number 29**.

                                                      Respectfully submitted,

                                                        /s/ Rebecca A. Solarz, Esq.
                                                        _____

                                                        Rebecca A. Solarz, Esquire
                                                        KML Law Group, P.C.
                                                         BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                         Philadelphia, PA  19106
                                                         Phone: (215)-627-1322

Dated: May 4, 2021