IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Heather A. Halldin | : | Chapter 13 |
| | : | No.:  21-10176-AMC |
|     Debtor(s) | : | |

**RESPONSE OF DEBTOR TO THE MOTION FOR RELIEF OF AUTOMATIC
STAY FILED BY WILMINGTON TRUST, N.A.**

     Debtor, Heather A. Halldin, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by Wilmington Trust, N.A. hereby submits the following:

    1.      Admitted.

    2.      Admitted.

    3.      Admitted.

    4.      Admitted.

    5.      Admitted.

    6.      Admitted.

    7.      Admitted.

    8.      Debtor is unsure of the same.

    9.      Denied.

    10.     Denied.

    11.     Denied.

    12.     Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order modifying the Automatic Stay under Bankruptcy Code Section 362.

Respectfully submitted,

Dated: May 28, 2021

_____
/s/ Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek & Cooper
1315 Walnut Street, #502
Philadelphia, PA 19107
(215) 545-0008

---

## CERTIFICATE OF SERVICE

I Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**William C. Miller, Esq.**
Chapter 13 Trustee

**Rebecca A. Solarz**
Electronic Notice
Attorney for Movant

Dated: May 28, 2021

/s/Brad J. Sadek, Esq_
Brad J. Sadek, Esq.
Attorney for Debtor
1315 Walnut Street
Suite #502
Philadelphia, PA 19107