United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Heather Halldin  
  Debtor

Case No. 21-10176-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Aug 10, 2021 | Form ID: 155 | Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Halldin, 13 South Trooper Road, Norristown, PA 19403-1649 |
| 14578405 | + | Aurora Loan Services, Attn: Bankruptcy, 10350 Park Meadows Dr, Littleton, CO 80124-6800 |
| 14587432 | + | Eileen M. Cain, 325 Dekalb Street, Norristown, PA 19401-4905 |
| 14578406 | + | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680-9441 |
| 14596208 | + | Santander Consumer USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14595944 | + | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14580762 | + | Wilmington Trust, N.A., c/o MARTIN A. MOONEY, 950 New Loudon Road, Ste. 109, Latham, NY 12110-2190 |
| 14580761 | | Wilmington Trust, N.A. not in its, individual capacity but solely as, Owner Trustee of OSAT Trust 2019-2, c/o MARTIN A. MOONEY, 525 West Chester Pike, Ste. 200 Latham, NY 12110 |
| 14596288 | | Wilmington Trust, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14596399 | + | Wilmington Trust, National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14596203 | + | Wilmington Trust, National Association not in its, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14578404 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 11 2021 00:11:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14578407 | | Email/Text: jill@ffcc.com | Aug 11 2021 00:11:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14587433 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2021 00:11:00 | Pennsylvania Department of Revenue, Dept 280948, Harrisburg, PA 17128-0001 |
| 14590008 | | Email/Text: bkdepartment@rtresolutions.com | Aug 11 2021 00:11:00 | Real Time Resolutions, Inc, 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2021 | Form ID: 155 | Total Noticed: 15 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Heather Halldin brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| MARTIN A. MOONEY | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2 lgadomski@schillerknapp.com, kcollins@schillerknapp.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2 bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Heather Halldin
    Debtor(s)

Chapter: 13

Bankruptcy No: 21−10176−amc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 10th day of August, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

48 − 9, 42
Form 155