# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 21-10176-AMC

HEATHER  HALLDIN

13 SOUTH TROOPER ROAD

NORRISTOWN, PA 19403

Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

HEATHER  HALLDIN

13 SOUTH TROOPER ROAD

NORRISTOWN, PA 19403

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

/S/ Kenneth E. West

Date: 3/7/2022      _____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee