United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Heather Halldin  
    Debtor

Case No. 21-10176-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 06, 2022     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heather Halldin, 13 South Trooper Road, Norristown, PA 19403-1649 |
| 14578405 | + | Aurora Loan Services, Attn: Bankruptcy, 10350 Park Meadows Dr, Littleton, CO 80124-6800 |
| 14587432 | + | Eileen M. Cain, 325 Dekalb Street, Norristown, PA 19401-4905 |
| 14580762 | + | Wilmington Trust, N.A., c/o MARTIN A. MOONEY, 950 New Loudon Road, Ste. 109, Latham, NY 12110-2190 |
| 14580761 | | Wilmington Trust, N.A. not in its, individual capacity but solely as, Owner Trustee of OSAT Trust 2019-2, c/o MARTIN A. MOONEY, 525 West Chester Pike, Ste. 200 Latham, NY 12110 |
| 14596399 | + | Wilmington Trust, National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 07 2022 00:20:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2022 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bkdepartment@rtresolutions.com | Dec 07 2022 00:20:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, TX 75247-4029 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 07 2022 00:20:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 07 2022 00:20:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14578404 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 07 2022 00:20:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14578406 | | Email/Text: ECF@fayservicing.com | Dec 07 2022 00:20:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14578407 | | Email/Text: jill@ffcc.com | Dec 07 2022 00:20:00 | First Federal Credit Control, Attn: Bankruptcy, 24700 Chagrin Blvd, Ste 205, Cleveland, OH 44122 |
| 14587433 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2022 00:20:00 | Pennsylvania Department of Revenue, Dept 280948, Harrisburg, PA 17128-0001 |
| 14735170 | + | Email/Text: RASEBN@raslg.com | Dec 07 2022 00:20:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14590008 | | Email/Text: bkdepartment@rtresolutions.com | Dec 07 2022 00:20:00 | Real Time Resolutions, Inc, 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14596208 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 07 2022 00:20:00 | Santander Consumer USA, P.O. Box 560284, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| | | | | Dallas, TX 75356-0284 |
| 14595944 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 07 2022 00:20:00 | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14735453 | + | Email/Text: RASEBN@raslg.com | Dec 07 2022 00:20:00 | U.S. Bank Trust N.A., c/o CHARLES GRIFFIN WOHLRAB, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |
| 14693955 | + | Email/Text: bkteam@selenefinance.com | Dec 07 2022 00:20:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14596288 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 07 2022 00:20:00 | Wilmington Trust, National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14596203 | ^ | MEBN | Dec 07 2022 00:14:03 | Wilmington Trust, National Association not in its, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Heather Halldin brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARTIN A. MOONEY | on behalf of Creditor Wilmington Trust  National Association not in its individual capacity but solely as Owner Trustee of OSAT |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: pdf900 | Total Noticed: 23 |

Trust 2019-2 Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| HEATHER HALLDIN | |
| Debtor | Bankruptcy No. 21-10176-AMC |

# O R D E R

**AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: December 6, 2022

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK AND COOPER LAW FIRM
1500 JFK BLVD., SUITE 220
PHILADELPHIA, PA 19102-

Debtor:
HEATHER HALLDIN

13 SOUTH TROOPER ROAD

NORRISTOWN, PA 19403