**Fill in this information to identify the case:**

Debtor 1 <u>Heather A Halldin</u>

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the    <u>Eastern District Of Pennsylvania</u>

Case number <u>21-10176</u>

---

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Wilmington Trust, National Association not in its individual capacity but solely as Owner Trustee of OSAT Trust 2019-2

**Court claim no**. (if known): <u>3</u>

**Last four digits** of any number you use to identify the debtor's account:   2286

**Date of payment change:** <u>05/01/2022</u>
Must be at least 21 days after date of this notice

**New total payment:**    <u>$ 1640.43</u>

Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $<u>558.12</u>        **New escrow payment:** <u>$586.36</u>

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%        **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

---

Official Form 410S1            **Notice of Mortgage Payment Change**            page 1

Debtor 1 <u>Heather A Halldin</u>                           Case Number (*If known*):21-10176
         First Name   Middle Name   Last Name

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

**Current mortgage payment:** $ _____  **New mortgage payment:** $ _____

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Rebecca A. Solarz                                  Date January 10, 2022
  Signature

Print:    <u>Rebecca A. Solarz</u>                    Title <u>Attorney for Creditor</u>
          First Name   Middle Name   Last Name

Company   <u>KML Law Group, P.C.</u>

Address   <u>701          Market Street, Suite 5000</u>
          Number        Street
          <u>Philadelphia,</u>              <u>PA</u>    <u>19106</u>
          City                          State    ZIP Code

Contact phone  (215) 627–1322       Email  <u>rsolarz@kmllawgroup.com</u>